**Wai Chong LEUNG, Petitioner–Appellant,**

v.

**UNITED STATES of America, Respondent–Appellee.**

**No. 03–56109.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 6, 2004.*

Decided Dec. 9, 2004.

Wai Chong Leung, Taft, CA, Petitioner–Appellant Pro Se.

Erik M. Silber, Esq., USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Respondent–Appellee.

Before: GOODWIN, WALLACE and TROTT, Circuit Judges.

MEMORANDUM **

Wai Chong Leung appeals pro se the district court's denial of his 28 U.S.C. § 2241 petition. We lack jurisdiction, and we dismiss.

Although captioned as a habeas petition pursuant to 28 U.S.C. § 2241, this action is properly construed as a § 2255 motion. *See Porter v. Adams,* 244 F.3d 1006, 1007 (9th Cir.1998) ("We will not permit a petitioner to circumvent the successive motion bar by bringing a section 2241 petition that would otherwise not require a COA."). As such, it requires a certificate of appealability ("COA"). *See* 28 U.S.C. § 2253(c)(1)(B). Petitioner has not obtained a COA, and cannot, as he filed his successive motion without first receiving authorization to do so from this court. *See Porter,* 244 F.3d at 1007. Accordingly, we dismiss for lack of jurisdiction. *See United States v. Mikels,* 236 F.3d 550, 551 (9th Cir.2001); *United States v. Allen,* 157 F.3d 661, 664 (9th Cir.1998).

DISMISSED.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

